ACCEPTED
05-14-01477-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
8/24/2015 3:24:59 PM
LISA MATZ
CLERK

# Spickard Law P.C.

12222 Merit Drive, Suite 305
Dallas, Texas 75251
(214) 460-2337
(214) 276-7553 (fax)
www.spickardlaw.com

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

8/24/2015 3:24:59 PM

LISA MATZ
Clerk

August 24, 2015

Clerk of the Court
Court of Appeals, Fifth District of Texas at Dallas
George L. Allen, Sr. Courts Building
600 Commerce Street, Suite 200
Dallas, Texas 75202

      Re:    Court of Appeals Number: 05-14-01477-CV
              Trial Court Case Number: 13-04197-J
              *James David Horton and Jeffrey Horton v. Kimberly A. Stovall Individually, and Stovall & Associates, P.C.*
              **Notice of Change of Address**

Dear Clerk,

Please note our new office address:

Todd S. Spickard
Spickard Law P.C.
12222 Merit Drive, Suite 305
Dallas, Texas 75251
(214) 460-2337
(214) 276-7553 (fax)
todd@spickardlaw.com
www.spickardlaw.com

Sincerely,

**Spickard Law P.C.**

*Todd S. Spickard*

Todd S. Spickard
todd@spickardlaw.com

cc:    Lawrence Mealer, Esq.